DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 069P14 | State v. Garry White | 1. State's Motion for Temporary Stay (COA13-494) | 1. Allowed **02/26/2014** Dissolved **12/18/2014** |
|---|---|---|---|
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Motion to Dissolve Temporary Stay | 4. Dismissed as Moot |
| | | 5. Def's Motion to Dismiss State's PDR (Mootness) | 5. Dismissed as Moot |
| | | 6. State's Petition for *Writ of Certiorari* to Review Order of Superior Court of Anson County | 6. Denied |
| 073P14 | State v. Travis Ricks | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1476) | Denied |
| 078P14 | Erwin Church of God, a North Carolina Non-Profit Corporation; and Church of God, a Tennessee Non-Profit Corporation v. Alton R. Childers | Def's Petition for *Writ of Certiorari* to Review Order of COA (COA14-32) | Denied |
| 098P14 | Anne Blanchard, Executrix of the Estate of Mary Lou Barthazon, deceased v. Britthaven, Inc. and Hillco, Ltd. | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1286) | Denied |